UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21609-CIV-KING

RHONDA McCULLEY,

    Plaintiff,

v.

HIALEAH LODGE NO. 1074,
LOYAL ORDER OF MOO, INC.

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on for consideration upon the parties' notification at the hearing that the above-styled action has been amicably settled. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the above-styled action is hereby DISMISSED with prejudice. The Court retains jurisdiction of this matter for the enforcement of the terms and conditions of the settlement. All unresolved motions in this case are hereby denied as moot. The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 2nd ay of July, 2008.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   *Counsel for Plaintiff:*

**Peter Joseph Marshall Bober**
Bober & Bober
1930 Tyler Street
Hollywood, FL 33020

**Samara Robbins Bober**
Bober & Bober
1930 Tyler Street
Hollywood, FL 33020

*Counsel for Defendant:*

**Alan Louis Landsberg**
Bunnell Woulfe Kirschbaum Keller McIntyre & Gregoire
100 SE 3rd Avenue
Suite 900
Fort Lauderdale, FL 33394